UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. |
| v. | : |
| EDDIE JOE SUTTON,<br>        Defendant | : |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about November 7, 2013, in Wayne County, within the Middle District of Pennsylvania, the defendant,

EDDIE JOE SUTTON,

at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and intentionally assault another inmate with a dangerous weapon, with the intent to commit murder, by stabbing him with a sharp weapon commonly known to as a "shank."

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(1).

*Peter J. Smith*
PETER J. SMITH
United States Attorney